Opinion issued August 30, 2007 

 


 

 





In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-05-01062-CR

____________


REGGIE REGAYLE JOKODOLA, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 263rd District Court 

Harris County, Texas

Trial Court Cause No. 1024638






MEMORANDUM OPINION

 Appellant, Reggie Ragayle Jokodola, (1) was convicted by a jury of the felony
offense of theft and assessed punishment at confinement for 18 months. We abated
the above-referenced appeal and remanded the case to the trial court. A supplemental
clerk's record was filed on August 8, 2007. Therefore, we order the appeal reinstated. 
 The supplemental clerk's record reflects that on March 2, 2007, the trial court
granted appellant's motion for new trial in cause number 1024638. We find that the
appeal is now moot. See Tex. R. App. P. 21.9. Accordingly, we dismiss the appeal.

 Any pending motions are denied as moot.


PER CURIAM



Panel consists of Justices Nuchia, Hanks, and Bland.


Do not publish. Tex. R. App. P. 47.2.(b).
1. Appellant is also known as Reggie Regalye Trimmer.